UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GREGORY GANCI,

    Petitioner,

v.

JOHN HENLEY, *et al.*,

    Respondents.

Case No. 3:25-cv-00672-MMD-CSD

ORDER

    This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2254, by Gregory Ganci, an individual incarcerated at the Northern Nevada Correctional Center. Ganci, acting *pro se*, has filed a petition for writ of habeas corpus (ECF No. 1) and a motion for appointment of counsel (ECF No. 1-1). Ganci has paid the filing fee for this action. (ECF No. 1.)

    The Court has examined Ganci's petition as mandated by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and determines that it merits service upon the Respondents. The Court will order the petition served upon the Respondents and will direct the Respondents to appear but will not require any further action on the part of Respondents at this time.

    State prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances indicate that appointed counsel is necessary to prevent due process violations. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). The Court may, however, appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801

1  F.2d at 1196. The Court determines that the interests of justice call for appointment of
2  counsel in this case. The Court will grant Ganci's motion for appointment of counsel and
3  will appoint the Federal Public Defender for the District of Nevada ("FPD") to represent
4  Ganci.
5  　　It is therefore ordered that the Clerk of the Court is directed to separately file
6  Petitioner's Motion for Appointment of Counsel (ECF No. 1-1).
7  　　It is further ordered that Petitioner's Motion for Appointment of Counsel (ECF No.
8  1-1) is granted. The Federal Public Defender for the District of Nevada is appointed to
9  represent the Petitioner. If the FPD is unable to represent the Petitioner because of a
10 conflict of interest or other reason, alternate counsel will be appointed. Counsel will
11 represent Petitioner in all federal court proceedings relating to this matter unless allowed
12 to withdraw.
13 　　It is further ordered that the Clerk of the Court is directed to electronically serve
14 upon the FPD a copy of this Order together with a copy of the Petition for Writ of Habeas
15 Corpus (ECF No. 1).
16 　　It is further ordered that the FPD will have 30 days from the date of entry of this
17 Order to file a notice of appearance or to indicate to the Court its inability to represent the
18 Petitioner in this case.
19 　　It is further ordered that the Clerk of the Court is directed to add Aaron Ford,
20 Attorney General of the State of Nevada, as counsel for Respondents and to provide
21 Respondents an electronic copy of all items previously filed in this case by regenerating
22 the Notice of Electronic Filing to the Office of the Attorney General only.
23 ///
24 ///
25 ///
26 ///
27
28

1  It is further ordered that Respondents will have 30 days from the date of entry of this Order to appear in this action. Respondents will not be required to respond to the habeas petition at this time.

DATED THIS 3rd Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE