UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GREGORY GANCI, | Case No.: 3:25-cv-00672-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JOHN HENLEY, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Gregory Ganci, represented by appointed counsel, was to file an amended habeas petition by April 7, 2026. (*See* ECF No. 9.) On April 7, Ganci filed a motion for extension of time requesting a 120-day extension, to August 5, 2026. (ECF No. 10 ("Motion").) Ganci's counsel states that they need the extension of time because of the time it is taking to review the record and draft the amended petition, and because of other professional obligations. Counsel represents that Respondents do not oppose the Motion. The Court finds that the Motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension. Accordingly, the Court will grant the Motion.

In granting the Motion, the Court does not comment upon or affect in any manner the operation of any statute of limitations applicable to the case.

///

///

///

///

///

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 10) is granted. Petitioner will have until and including August 5, 2026 to file an amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered January 7, 2026 (ECF No. 9) remains in effect.

DATED THIS 7th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2