UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GREGORY GANCI,

Petitioner,

v.

JOHN HENLEY,

Respondent.

Case No. 3:25-cv-00672-MMD-CSD

ORDER

This habeas matter is before the Court on Petitioner Gregory Ganci's motion for a 90-day extension of time to file his counseled amended petition. (ECF No. 12 ("Motion").) This is Ganci's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it finds that the time requested is extensive.

It is therefore ordered that the Motion (ECF No. 12) is granted in part. Ganci has up to and including October 3, 2026, to file his counseled amended petition.[1]

DATED THIS 5th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

[1]Notably, Ganci is not precluded from filing a subsequent motion for an extension, but the Court prefers to not grant more than 60-day extensions at one time.