UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GREGORY GANCI,

Petitioner,

v.

JOHN HENLEY,

Respondent.

Case No. 3:25-cv-00672-MMD-CSD

EXTENSION ORDER

This habeas matter is before the Court on Petitioner Gregory Ganci's motion for a 60-day extension of time to file his counseled amended petition. (ECF No. 15 ("Motion").) This is Ganci's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 15) is granted. Ganci has up to and including December 4, 2026, to file his counseled amended petition.

DATED THIS 5th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE